**WIT ASSOCIATES, INC.,**
**Plaintiff–Appellant**

v.

**UNITED STATES, Platinum Services,**
**Inc., Defendants–Appellees**

**2015-5105**

United States Court of Appeals,
Federal Circuit.

August 16, 2016

JAMES W. KIM, McDermott, Will & Emery LLP, Washington, DC, argued for plaintiff-appellant. Also represented by JOSHUA DAVID ROGACZEWSKI.

ALEXANDER ORLANDO CANIZARES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by CLAUDIA BURKE, ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER; DAVID B. COOK, NAVSUP Fleet Logistics Center, United States Department of the Navy, Jacksonville, FL.

CAROL L. O'RIORDAN, The O'Riordan Bethel Law Firm, Washington, DC, argued for defendant-appellee Platinum Services, Inc. Also represented by ANTHONY MARCHESE.

(Newman, Moore, and Wallach, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**